**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-12844-aih |
| Latonya D. Hayes | Chapter 7 |
| Debtor. | Judge Arthur I. Harris |

**NOTICE OF APPEARANCE**

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

I certify that on May 13, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Debra E. Booher, Debtor's Counsel
    charlotte@bankruptcyinfo.com

    Sheldon Stein, Chapter 7 Trustee
    ssteindocs@gmail.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Latonya D. Hayes, Debtor
    20551 Trebec Blvd.
    Cleveland, OH 44119

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Attorney for Creditor